```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 19384
   SHIRLEY PAYTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4904


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/28/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAS WHOLESALE LENDE CURRENT MORTG        .00            .00           .00
CITY OF CHICAGO          UNSECURED        8888.38            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        2894.85            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        2765.56            .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LOANS   SECURED NOT I   93836.58            .00           .00
CAPITAL ONE              UNSECURED        1574.98            .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                      ---------------      ---------------
TOTALS                     .00                     .00




                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 19384 SHIRLEY PAYTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```